COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:      J. B. v. The State of Texas for the Best Interest and Protection of J.B.

Appellate case number:   01-19-00037-CV

Trial court case number:  I262843

Trial court:                    County Probate Court at Law No. 3 of Harris County

Appellant has filed a motion to proceed in this Court without payment of court costs or fees. The clerk's record filed in this Court reflects that the trial court has appointed counsel to represent appellant and the county is to pay costs. *See* TEX. HEALTH & SAFETY CODE ANN. §§ 571.017, 571.018, 574.105(1), 574.108.  And, a clerk's record and reporter's record have been filed in this appeal at no cost to appellant.

**Accordingly, the Clerk of this Court is directed to make an entry in this Court's records that appellant is allowed to proceed on appeal without payment of costs or fees.** *See* TEX. R. APP. P. 20.1.; *cf.* TEX. R. CIV. P. 145(a);

Judge's signature: /s/ Julie Countiss
☑ Acting individually    ☐ Acting for the Court

Date:    February 7, 2019

1